■ PEOPLE v ANA BRETON.—Appeal dismissed. (See, People v

*Del Rio,* 14 NY2d 165, 169-170.) Concur—Carro, J. P., Asch, Kassal, Wallach and Rubin, JJ.